**Order filed January 27, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00414-CV

_____

## SHAWNA K. MILNE, Appellant

## V.

## KOOROSH OLYAIE, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1045855**

# O R D E R

Appellant's brief was due December 22, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 26, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM